UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESLEY YOUNG,                         )  Case No. ED CV 12-262 JST (MRW)
                          Petitioner,  )
              vs.                      )  JUDGMENT
DOMINGO URIBE JR., Warden,            )
                          Respondent.  )
_____ )

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 6/28/13

_____
HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE